IN THE UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **CAROLINA MATERIAL HANDLING SERVICES, INC.**<br><br>      PLAINTIFF,<br><br>vs.<br><br>**EMPLOYEE-SERVICES.NET, INC.; EEPAYROLL SERVICES, LLC; WILLIAM J. STAZ; JAMES W. STAZ; and TINA STAZ,**<br><br>      DEFENDANTS. | **Case No. 3:14-cv-00127-FDW-DCK** |
| **COLLINS & LACY P.C.**<br><br>      PLAINTIFF,<br><br>vs.<br><br>**EMPLOYEE-SERVICES.NET, INC.; EEPAYROLL SERVICES, LLC; WILLIAM J. STAZ; JAMES W. STAZ; AND TINA STAZ,**<br><br>      DEFENDANTS. | **Case No. 3:14-cv-00135-FDW-DCK** |

| | |
|---|---|
| TOBUL ACCUMULATOR INCORPORATED,<br><br>    PLAINTIFF,<br><br>  vs.<br><br>EMPLOYEE-SERVICES.NET, INC.; EEPAYROLL SERVICES, LLC; WILLIAM J. STAZ; JAMES W. STAZ; and TINA STAZ,<br><br>    DEFENDANTS. | Case No. 3:14-cv-00144-FDW-DSC |
| GULBRANDSEN CHEMICALS, INC., GULBRANDSEN PUERTO RICO, INC., GULBRANDSEN TECHNOLOGIES INC. and GULBRANDSENS LLC,<br><br>    PLAINTIFFS,<br><br>  vs.<br><br>EMPLOYEE-SERVICES.NET, INC.; EEPAYROLL SERVICES, LLC; WILLIAM J. STAZ; JAMES W. STAZ; and TINA STAZ,<br><br>    DEFENDANTS. | Case No. 3:14-cv-00135-FDW-DCK |

**ORDER GRANTING CONSOLIDATION OF CASES**

    **THIS MATTER** is before the Court upon the Joint Motion to Consolidate the above-captioned cases. <u>Carolina Material Handling Services, Inc. v. Employee-Services.net, Inc, et. al.</u>, Case No. 3:14-cv-00127-FDW-DCK, Doc. No. 9; <u>Collins & Lacy, P.C. v. Employee-Services.net, Inc, et. al.</u>, Case No. 3:14-cv-00135-FDW-DCK, Doc. No. 9; <u>Tobul Accumulator Incorporated v. Employee-Services.net, Inc, et. al.</u>, Case No. 3:14-cv-00144-FDW-DSC, Doc.

No. 8; Gulbrandsen Chemicals, Inc., et. al. v. Employee-Services.net, Inc, et. al., Case No. 3:14-cv-00155-FDW-DCK, Doc. No. 8. For good cause shown, these Motions are GRANTED. IT IS THEREFORE ORDERED that these cases be consolidated into Case No. 3:14-cv-00127-FDW-DCK.

    IT IS SO ORDERED.

Signed: May 9, 2014

Frank D. Whitney
Chief United States District Judge