# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-127-FDW-DCK

| | |
|---|---|
| CAROLINA MATERIAL HANDLING SERVICES, INC.; COLLINS & LACY, P.C.; TOBUL ACCUMULATOR INCORPORATED; GULBRANDSEN CHEMICALS, INC.; GULBRANDSEN PUERTO RICO, INC.; GULBRANDSEN TECHNOLOGIES, INC.; and GULBRANDSENS, LLC, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| EMPLOYEE-SERVICES.NET, INC.; eePAYROLLSERVICES, LLC; WILLIAM S. | ) ) |

| STAZ; JAMES W. STAZ; TINA STAZ; | ) |
| EMPLOYEE-EPS, LLC; NLSTAZ-EPS, LLC; | ) |
| TMSTAZ-EPS, LLC; WPTASON-EPS, LLC; | ) |
| WILLIAM J. STAZ; TIMOTHY J. STAZ; | ) |
| NANCY L. STAZ; and WENDY P. STAZ, | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Consent Motion For Stay" (Document No. 70) filed September 29, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion, without prejudice to re-file at a later date.

Apparently, Plaintiffs seek a stay of this action in anticipation of a ruling by the United States Bankruptcy Court for the Western District of North Carolina on or about October 16, 2014, related to this case and/or other pending actions. (Document No. 70, p.2). Under the circumstances, the Court will decline to issue a stay at this time; however, Plaintiffs may renew this motion following a decision by the bankruptcy court on the pending motions to stay in that action. The undersigned notes that the "Case Management Order" "preauthorizes the parties to stipulate to the taking of discovery beyond the discovery completion deadline provided that any such extension expires not later than fourteen (14) calendar days prior to the scheduled trial term and a joint stipulation memorializing the extension is filed on the record." (Document No. 11, p.2).

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Consent Motion For Stay" (Document No. 70) is **DENIED WITHOUT PREJUDICE**.

Signed: September 30, 2014

David C. Keesler
United States Magistrate Judge